I'm sorry your seat is not taken . . . Through your name I can't remember your name The person in the equals number with the written description Did Jody Maglo she wasuffs a c HOLLET Transit 1924 I'm not fala a a a we believe that in the issue in the case an IFR There's argument between the parties Because Jody Maglo wasn't visited joue hus While IWAS involetareer Ike inst he on H and was fired during a critical pρόR in the party re g si are are 14 S Strike are or single o o e o e
judges: D.W. Nelson, Noonan, O'Scannlain